ISAIAH A. JEREZ, ESQ.
Nevada Bar No. 11615
KRISTIE L. FISCHER, ESQ.
Nevada Bar No. 11693
**JEREZ LAW, PLLC**
4484 South Pecos Road, Suite 145
Las Vegas, Nevada 89121
Telephone: (702) 941-7660
E-mail: Isaiah@jerezlaw.com
E-mail: Kristie@jerezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANK MARKS, individually;<br><br>Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY; NATIONWIDE GENERAL INSURANCE COMPANY, DOES I through X, inclusive,<br><br>Defendants. | Civil Action No. 2:24-cv-00236 |

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT USAA CASUALTY INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTION AND MOTION TO STRIKE PLAINTIFF'S REQUEST FOR PUNITIVE DAMAGES AND ATTORNEY'S FEES**

On February 9, 2024, Defendant USAA Casualty Insurance Company ("USAA") filed its Motion to Dismiss Plaintiff's Second and Third Causes of Action and Motion to Strike Plaintiff's Request for Punitive Damages and Attorney's Fees. Plaintiff's response to Defendant USAA's Motion is currently due on February 23, 2024. The parties have discussed the potential for resolving the claims at issue in this civil action via alternative dispute resolution, but have not yet finalized an agreement regarding same. To allow the parties additional time to explore the potential use of alternative dispute resolution, the parties have agreed to extend the time for Plaintiff to file a Response to Defendant USAA's Motion for a period of thirty (30) days.

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the first request to extend the deadline for filing Plaintiff's Response to Defendant USAA's Motion to Dismiss Plaintiff's Second and Third Causes of Action and Motion to Strike Plaintiff's Request for Punitive Damages and Attorney's Fees.

Accordingly, the parties respectfully request that the Court grant this stipulation to extend the time for Plaintiff to file a Response to Defendant USAA's Motion to Dismiss Plaintiff's Second and Third Causes of Action and Motion to Strike Plaintiff's Request for Punitive Damages and Attorney's Fees to March 25, 2024.

Respectfully submitted this 22nd day of February 2024.

| | |
|---|---|
| **JEREZ LAW, PLLC** | **SPENCER FANE** |
| /s/ *Isaiah A. Jerez* | /s/ *Mary E. Bacon* |
| ISAIAH A. JEREZ, ESQ. | MARY E. BACON |
| Nevada Bar No. 11615 | Nevada Bar No. 12686 |
| KRISTIE L. FISCHER, ESQ. | JESSICA E. CHONG |
| Nevada Bar No. 11693 | Nevada Bar No. 13845 |
| 4484 South Pecos Road, Suite 145 | 300 S. Fourth Street, Suite 950 |
| Las Vegas, Nevada 89121 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff Frank Marks* | *Attorneys for Defendant USAA Casualty Insurance Company* |

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Jennifer A. Taylor*
ROBERT W. FREEMAN
Nevada Bar No. 3062
JENNIFER A. TAYLOR
Nevada Bar No. 6141
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Nationwide General Insurance Company*

**ORDER**

Based upon the Stipulation of the parties hereto, and for good cause, IT IS HEREBY ORDERED, that the Stipulation to Extend hereinabove is hereby GRANTED.

DATED this  22   day of February, 2024.

Plaintiff's deadline to file a Response to Defendant USAA's Motion to Dismiss Plaintiff's Second and Third Causes of Action and Motion to Strike Plaintiff's Request for Punitive Damages and Attorney's Fees is now March 25, 2024.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **From:** | Bacon, Mary |
| **To:** | Kristie Fischer; Taylor, Jennifer |
| **Cc:** | Isaiah Jerez; Angeli Gozon |
| **Subject:** | Re: Marks v. USAA / Nationwide (Case No. 2:24-cv-00236) |
| **Date:** | Thursday, February 22, 2024 11:33:30 AM |
| **Attachments:** | image001.png |
| | image002.png |

Please accept this email as authorization to apply my e-signature.

Mary Bacon
702-408-3411
MBacon@spencerfane.com
Get Outlook for iOS

**From:** Kristie Fischer <kristie@JerezLaw.com>
**Sent:** Wednesday, February 21, 2024 5:55:39 PM
**To:** Bacon, Mary <mbacon@spencerfane.com>; Taylor, Jennifer <Jennifer.A.Taylor@lewisbrisbois.com>
**Cc:** Isaiah Jerez <Isaiah@JerezLaw.com>; Angeli Gozon <angeli@JerezLaw.com>
**Subject:** [EXTERNAL] RE: Marks v. USAA / Nationwide (Case No. 2:24-cv-00236)

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Good Afternoon,

I have attached for your review a proposed stipulation. Please review the attached and let me know if you propose any changes or confirm that I have your permission to affix your electronic signatures. As the current deadline for Plaintiff to file a response to the motion is 2/23/24, please get back to me by tomorrow. Thank you in advance for your prompt attention to this matter.

*Kristie L. Fischer, Esq.*

Jerez Law, PLLC
4484 South Pecos Road
Las Vegas, Nevada 89121
P (702) 941-7660
F (725) 888-4717

**From:** Bacon, Mary <mbacon@spencerfane.com>
**Sent:** Wednesday, February 21, 2024 1:36 PM
**To:** Kristie Fischer <kristie@JerezLaw.com>; Taylor, Jennifer <Jennifer.A.Taylor@lewisbrisbois.com>
**Cc:** Isaiah Jerez <Isaiah@JerezLaw.com>; Angeli Gozon <angeli@JerezLaw.com>
**Subject:** RE: Marks v. USAA / Nationwide (Case No. 2:24-cv-00236)

Thank you, and understood. That should help me get an answer faster.

Send me a stip to continue the opposition date and I'll turn around an approval in short order.

**Mary Bacon**  Attorney at Law
Spencer Fane LLP

300 South 4th Street, Suite 950 | Las Vegas, NV 89101
O 702.408.3411
MBacon@spencerfane.com | spencerfane.com

**From:** Kristie Fischer <kristie@JerezLaw.com>

| | |
|---|---|
| **From:** | Taylor, Jennifer |
| **To:** | Kristie Fischer |
| **Cc:** | Bacon, Mary; Isaiah Jerez; Angeli Gozon; Versoza, Jeannette |
| **Subject:** | Re: [EXT] RE: Marks v. USAA / Nationwide (Case No. 2:24-cv-00236) |
| **Date:** | Thursday, February 22, 2024 12:07:05 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | Logo_e6253148-26a1-47a9-b861-6ac0ff0bc3c4.png |
| | mansfieldcertificationbadgecolor2022-202349pxhigh_6cc944fa-64d3-407e-bbe4-704052c31b42.png |
| | image001.png |
| | image002.png |
| | Stipulation to Extend Briefing Schedule.docx |

You can affix my signature.

Jennifer Taylor
Sent from my iPhone

**Jennifer Taylor**
**Partner**
**Jennifer.A.Taylor@lewisbrisbois.com**

**T: 702.830.9028  F: 702.366.9563**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

On Feb 21, 2024, at 5:55 PM, Kristie Fischer <kristie@jerezlaw.com> wrote:

Good Afternoon,

I have attached for your review a proposed stipulation. Please review the attached and let me know if you propose any changes or confirm that I have your permission to affix your electronic signatures. As the current deadline for Plaintiff to file a response to the motion is 2/23/24, please get back to me by tomorrow. Thank you in advance for your prompt attention to this matter.

*Kristie L. Fischer, Esq.*

Jerez Law, PLLC
4484 South Pecos Road
Las Vegas, Nevada 89121
P (702) 941-7660
F (725) 888-4717

**From:** Bacon, Mary <mbacon@spencerfane.com>
**Sent:** Wednesday, February 21, 2024 1:36 PM
**To:** Kristie Fischer <kristie@JerezLaw.com>; Taylor, Jennifer <Jennifer.A.Taylor@lewisbrisbois.com>
**Cc:** Isaiah Jerez <Isaiah@JerezLaw.com>; Angeli Gozon <angeli@JerezLaw.com>
**Subject:** RE: Marks v. USAA / Nationwide (Case No. 2:24-cv-00236)

Thank you, and understood. That should help me get an answer faster.