ISAIAH A. JEREZ, ESQ.
Nevada Bar No. 11615
KRISTIE L. FISCHER, ESQ.
Nevada Bar No. 11693
**JEREZ LAW, PLLC**
4484 South Pecos Road, Suite 145
Las Vegas, Nevada 89121
Telephone: (702) 941-7660
E-mail: Isaiah@jerezlaw.com
E-mail: Kristie@jerezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANK MARKS, individually;<br><br>Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY; NATIONWIDE GENERAL INSURANCE COMPANY, DOES I through X, inclusive,<br><br>Defendants. | Civil Action No. 2:24-cv-00236 |

### SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT USAA CASUALTY INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTION AND MOTION TO STRIKE PLAINTIFF'S REQUEST FOR PUNITIVE DAMAGES AND ATTORNEY'S FEES

On February 9, 2024, Defendant USAA Casualty Insurance Company ("USAA") filed its Motion to Dismiss Plaintiff's Second and Third Causes of Action and Motion to Strike Plaintiff's Request for Punitive Damages and Attorney's Fees. Plaintiff's response to Defendant USAA's Motion is currently due on March 25, 2024. The parties have discussed the potential for resolving the claims at issue in this civil action via alternative dispute resolution, but have not yet finalized an agreement regarding same. To allow the parties additional time to explore the potential use of alternative dispute resolution, the parties have agreed to extend the time for Plaintiff to file a Response to Defendant USAA's Motion for a period of thirty (30) days.

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the second request to extend the deadline for filing Plaintiff's Response to Defendant USAA's Motion to Dismiss Plaintiff's Second and Third Causes of Action and Motion to Strike Plaintiff's Request for Punitive Damages and Attorney's Fees.

Accordingly, the parties respectfully request that the Court grant this stipulation to extend the time for Plaintiff to file a Response to Defendant USAA's Motion to Dismiss Plaintiff's Second and Third Causes of Action and Motion to Strike Plaintiff's Request for Punitive Damages and Attorney's Fees to April 25, 2024.

Respectfully submitted this 25th day of March, 2024.

| JEREZ LAW, PLLC | SPENCER FANE |
|---|---|
| /s/ *Isaiah A. Jerez* | /s/ *Mary E. Bacon* |
| ISAIAH A. JEREZ, ESQ. | MARY E. BACON |
| Nevada Bar No. 11615 | Nevada Bar No. 12686 |
| KRISTIE L. FISCHER, ESQ. | JESSICA E. CHONG |
| Nevada Bar No. 11693 | Nevada Bar No. 13845 |
| 4484 South Pecos Road, Suite 145 | 300 S. Fourth Street, Suite 950 |
| Las Vegas, Nevada 89121 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff Frank Marks* | *Attorneys for Defendant USAA Casualty Insurance Company* |

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

_____
ROBERT W. FREEMAN
Nevada Bar No. 3062
JENNIFER A. TAYLOR
Nevada Bar No. 6141
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Nationwide General Insurance Company*

JEREZ LAW, PLLC
4484 S. Pecos Road, Suite 145, las Vegas, NV 89121
Telephone: (702) 941-7660  Facsimile: (725) 888-4717

*Marks v. USAA Casualty Insurance Co.*
*Case No. 2:24-cv-00236*

## ORDER

Based upon the Stipulation of the parties hereto, and for good cause, IT IS HEREBY ORDERED, that the Stipulation to Extend hereinabove is hereby GRANTED.

DATED this __26__ day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE

**From:** Miller, Adam
**To:** Kristie Fischer; Bacon, Mary; Chong, Jessica
**Cc:** Taylor, Jennifer; Isaiah Jerez; Angeli Gozon
**Subject:** RE: Marks v. USAA / Nationwide (Case No. 2:24-cv-00236)
**Date:** Monday, March 25, 2024 4:57:30 PM
**Attachments:** image001.png
image002.png

Hi Kristie,

You may apply Mary's e-signature.

Thank you,
Adam

**From:** Kristie Fischer <kristie@JerezLaw.com>
**Sent:** Monday, March 25, 2024 11:55 AM
**To:** Bacon, Mary <mbacon@spencerfane.com>; Chong, Jessica <JChong@spencerfane.com>
**Cc:** Taylor, Jennifer <Jennifer.A.Taylor@lewisbrisbois.com>; Isaiah Jerez <Isaiah@JerezLaw.com>; Angeli Gozon <angeli@JerezLaw.com>
**Subject:** [EXTERNAL] RE: Marks v. USAA / Nationwide (Case No. 2:24-cv-00236)

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Please see attached proposed stipulation.

*Kristie L. Fischer, Esq.*

Jerez Law, PLLC
4484 South Pecos Road
Las Vegas, Nevada 89121
P (702) 941-7660
F (725) 888-4717

**From:** Bacon, Mary <mbacon@spencerfane.com>
**Sent:** Friday, March 22, 2024 12:35 PM
**To:** Kristie Fischer <kristie@JerezLaw.com>
**Cc:** Taylor, Jennifer <Jennifer.A.Taylor@lewisbrisbois.com>; Isaiah Jerez <Isaiah@JerezLaw.com>; Angeli Gozon <angeli@JerezLaw.com>
**Subject:** RE: Marks v. USAA / Nationwide (Case No. 2:24-cv-00236)

Hi Kristie,

I am out of town for spring break starting tomorrow morning. I believe your opposition to our MTD is due on Monday. Do you want to take the lead on a brief stipulation vacating that deadline, and notifying the court of the arbitration (assuming of course that Nationwide agrees as well) ?

**Mary Bacon** Attorney at Law
Spencer Fane LLP

300 South 4th Street, Suite 950 | Las Vegas, NV 89101
O 702.408.3411
MBacon@spencerfane.com | spencerfane.com