Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
         jchong@spencerfane.com

*Attorneys for Defendant USAA Casualty Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **FRANK MARKS**, individually, | Case No. 2:24-cv-00236-GMN-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| **USAA CASUALTY INSURANCE COMPANY**; **NATIONWIDE GENERAL INSURANCE COMPANY**, DOES I through X, inclusive, | |
| Defendants. | |

USAA Casualty Insurance Company ("USAA CIC") by and through their counsel Spencer Fane LLP, Nationwide General Insurance Company ("Nationwide GIC") by and through their counsel Lewis Brisbois Bisgaard & Smith (collectively "Defendants"), and Plaintiff, Frank Marks ("Plaintiff") by and through their counsel, Jerez Law, PLLC, hereby stipulate and agree to dismiss Plaintiff's Complaint with prejudice. Each party will bear its own fees and costs.

/ / /

/ / /

/ / /

Dated this 11th day of February, 2025.

JEREZ LAW, PLLC

/s/*Kristie Fischer*
Isaiah A. Jerez, Esq.
Nevada Bar No. 11615
Kristie L. Fischer, Esq.
Nevada Bar No. 11693
4484 S. Pecos Road, Suite 145
Las Vegas, Nevada 89121
*Attorneys for Plaintiff*

Dated this 11th day of February, 2025.

SPENCER FANE LLP

/s/ *Mary Bacon*
Mary E. Bacon, Esq.
Nevada Bar No. 12686
Jessica E. Chong, Esq.
NV Bar No. 13845
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Defendant
USAA Casualty Insurance Company*

Dated this 11th day of February, 2025.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Jennifer A. Taylor*
Robert W. Freeman, Esq.
Nevada Bar No. 3062
Jennifer A. Taylor
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant Nationwide General Insurance Company*

**ORDER**

IT IS SO ORDERED.

_____
Gloria M. Navarro
DISTRICT COURT JUDGE

Dated: February 11, 2025.

2

Case No. 2:24-cv-00236-GMN-DJA

DE 8949222.1